In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00186-CR
_____

**JOLENE HEIM DURRETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 369th District Court
Cherokee County, Texas
Trial Cause No. 20969**

**MEMORANDUM OPINION**

Jolene Heim Durrett has filed a motion to dismiss her appeal. *See* Tex. R. App.

P. 42.2. A request to dismiss the appeal is signed by Durrett personally and joined

by counsel of record. No opinion has issued in this appeal. The motion is granted,

and the appeal is therefore dismissed.

1

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on August 6, 2019
Opinion Delivered August 7, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.